### UNITED STATES of America, Plaintiff-Appellee,

v.

### Abel Heriberto FABIAN-BALTAZAR, AKA Abel Heriberto Fabia Baltazar, Defendant-Appellant.

No. 15-16115

United States Court of Appeals, Ninth Circuit.

Argued and Submitted December 4, 2017 San Francisco, California

Filed December 14, 2017

---

* The Honorable Michael H. Simon, United States District Judge for the District of Oregon, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Melanie Leigh Alsworth, Assistant U.S. Attorney, DOJ-USAO, Fresno, CA, for Plaintiff-Appellee

Peggy Sasso, Esquire, FPDCA—Federal Public Defender's Office (Fresno), Fresno, CA, for Defendant-Appellant

Before: KOZINSKI and HURWITZ, Circuit Judges, and KEELEY,* District Judge.

### MEMORANDUM **

The district court didn't err by enforcing Fabian-Baltazar's express waiver of his right to bring a 28 U.S.C. § 2255 petition. See United States v. Abarca, 985 F.2d 1012, 1014 (9th Cir. 1993). "[A] plea agreement that waives the right to file a federal habeas petition pursuant to 28 U.S.C. § 2255 is unenforceable with respect to an IAC claim that challenges the voluntariness of the waiver." Washington v. Lampert, 422 F.3d 864, 871 (9th Cir. 2005). But, even construed liberally, Fabian-Baltazar's pro se habeas petition didn't challenge the voluntariness of his collateral appeals waiver. See Estelle v. Gamble, 429 U.S. 97, 106, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976).

**AFFIRMED.**

---

* The Honorable Irene M. Keeley, United States District Judge for the Northern District of West Virginia, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.